# Court of Appeals
# of the State of Georgia

ATLANTA, January 17, 2019

*The Court of Appeals hereby passes the following order:*

### A19A1096. CAROLINE G. WILSON v. GEORGIA DEPARTMENT OF HUMAN SERVICES, EX REL., K. A. M.

Caroline G. Wilson filed this direct appeal from the superior court's order directing her to pay child support. OCGA § 5-6-35 (a) (2) provides that appeals in "domestic relations cases" must be brought by application for discretionary appeal. Because this case involves the collection of child support, it is a domestic relations case within the meaning of the statute. See *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426 (731 SE2d 110) (2013); *Fitzgerald v. Dept. of Human Resources*, 231 Ga. App. 129 (497 SE2d 659) (1998). Accordingly, Wilson was required to comply with the discretionary appeal procedure to obtain review of the superior court's order. "Compliance with the discretionary appeal procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Wilson's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Booker*, 317 Ga. App. at 427; *Fitzgerald*, 231 Ga. App. at 129-130.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 01/17/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*